UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROADCAST MUSIC, INC., ET AL.,

    Plaintiffs,

v.

FESTIVAL ENTERPRISES, INC., ET AL.,

    Defendants.

_____/

Case No. 1:10-cv-205

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Festival Enterprises, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Festival Enterprises, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: June 14, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge